**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DELBERT McNEIL, JR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No. CIV-05-0429-F |
| | ) |
| JOHN CLAY ANDERSON, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

    Magistrate Judge Valerie K. Couch's Supplemental Report and Recommendation of April 27, 2007 is before the court. (Doc. no. 67.) In it, Magistrate Judge Couch recommends that the defendants' motion for summary judgment (doc. no. 42) be granted in this Fourth Amendment excessive force case brought under 42 U.S.C. § 1983, and that judgment in defendant's favor be entered as a matter of law. Plaintiff has objected to the report. (Objections at doc. no. 70. The court has also reviewed doc. no. 69, also filed by the plaintiff, and entitled "Affirmed Motion for Summary Judgment." Doc. no. 69 has been docketed as a response to the defendant's motion for summary judgment. In reaching the conclusions stated in this order, the court has considered the arguments and evidence presented in doc. no. 69.)

    As required by 28 U.S.C. § 636(b)(1), the court has reviewed all objected to matters *de novo*. Having concluded that review, and after careful consideration of plaintiff's objections, the record, and the relevant authorities, the court finds that it agrees with the Report of the magistrate judge and that no purpose would be served by stating any further analysis here.

Accordingly, the Supplemental Report and Recommendation of Magistrate Judge Valerie K. Couch is **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in its entirety. Defendant's motion for summary judgment is **GRANTED**.

Dated this 22nd day of May, 2007.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-0429p003.wpd